UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIANNA PAPELL, LLC,

                Plaintiff,

      - against -

DUMARI, LTD.,

                Defendants.

**ORDER**

21 Civ. 2103 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      As discussed at today's conference, Plaintiff will file any amended complaint by July 6, 2021. By July 13, 2021, Defendant will submit a letter stating whether it wishes to move to dismiss the amended complaint. If so, Defendant will propose a briefing schedule that has been discussed with Plaintiff's counsel.

Dated: New York, New York
       June 25, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge