**LAZARUS & LAZARUS, P.C.**
COUNSELLORS AT LAW

240 MADISON AVENUE 8TH FL.  
NEW YORK, N.Y. 10016

TEL: 212-889-7400  
FAX: 212-684-0314

February 6, 2022

*Via ECF To:*
**Magistrate Judge Gabriel W. Gorenstein**
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMORANDUM ENDORSED

Re:  **Adrianna Papell, LLC v. Dumari Ltd. Case No. 21- cv-2103**
Re:  Adjournment of 2/15 Settlement Conference

Honorable Gorenstein:

    We are the attorneys for Defendant Dumari Ltd. ("Dumari" or "Defendant") in the above captioned action (the "Action"). In accordance with Your Standing Order for Telephonic Settlement Conferences Before Judge Gorenstein we write this letter to respectfully request an adjournment of the February 15, 2022 telephonic settlement conference with the Court to March 7, 2022 or a date that is convenient for the Court.

    Harlan Lazarus, the lead attorney for Defendant, is currently engaged in a Superior Court of New Jersey Bergen County trial in the action captioned *Mehta v. Hedvat* Docket No. BER-C-135-20. The New Jersey Court recently reserved February 15, 2022 as a continued trial date. Accordingly, Mr. Lazarus will be actually engaged at trial on February 15, 2022 and will be unavailable for the settlement conference in this Action.

    Plaintiff Adrianna Papell, LLC ("Plaintiff") opposes the requested extension (See email correspondence annexed hereto) but advised that Plaintiff and counsel are available on March 7, 2022 at 2:30 p.m. for an adjourned settlement conference.

    I thank the Court for its time and attention to this matter.

Respectfully,

Yvette J. Sutton, Esq.

Settlement conference adjourned to March 7, 2022, at 2:30 p.m.  Submissions due March 1, 2022.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

February 7, 2022